U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 2 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JESSIE JAMES ROBERTS, SR. | * |
| | *    CIVIL ACTION NO. **CV05-1147 S** |
| versus | *    JUDGE HICKS |
| | *    MAGISTRATE JUDGE HORNSBY |
| MIDLAND MORTGAGE COMPANY | * |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes JESSIE JAMES ROBERTS, SR. and MIDLAND MORTGAGE CO. who stipulate to the following:

Plaintiff, Jessie James Roberts, Sr. and Defendant, Midland Mortgage Co. engaged in mediation and have settled all of the claims which were the basis of the above captioned lawsuit. As a condition of the settlement, the parties agreed that Plaintiff would dismiss this matter with prejudice. Therefore, Plaintiff, with the consent of Defendant desires that this matter.

By Attorneys:

WEEMS, SCHIMPF, GILSOUL, HAINES, LANDRY & CARMOUCHE (APLC)

By_____
Robert H. Shemwell, Jr. #22016
912 Kings Highway
Shreveport, LA 71104
Telephone: (318) 222-2100
*Attorneys for Jessie Roberts, Sr.*

KIZER HOOD & MORGAN, L.L.P.
2111 Quail Run Drive
Baton Rouge, Louisiana 70808
Telephone: 225-761-0001
Fax: 225-761-0731

By:_____
Stacy G. Butler, LA BRN 18236
*Attorneys for Midland Mortgage Company*

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 2 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

# Weems, Schimpf, Gilsoul, Haines, Landry & Carmouche

(A Professional Law Corporation)
Attorneys at Law

SCHREV R. WEEMS
CAREY T. SCHIMPF
JOSEPH R. GILSOUL *
KENNETH P. HAINES †
BRIAN D. LANDRY
PAUL J. CARMOUCHE
ROBERT H. SHEMWELL, JR.
DAVEN M. HILL

* BOARD CERTIFIED TAX ATTORNEY
* BOARD CERTIFIED ESTATE PLANNING AND
  ADMINISTRATION SPECIALIST
† BOARD CERTIFIED FAMILY LAW SPECIALIST

912 KINGS HIGHWAY
SHREVEPORT, LOUISIANA 71104-4260

June 11, 2007

TELEPHONE (318) 222-2100

FACSIMILE (318) 226-5100

www.weems-law.com

WRITER'S EMAIL ADDRESS
Shemwell@Weems-law.com

Mr. Robert Shemwell
United States District Court
Western District of Louisiana
United States Courthouse
Suite 1167
300 Fannin Street
Shreveport, LA 71101

      Re:    Jessie James Roberts, Sr. v. Midland Mortgage Company
                U.S. Dist. Ct. Western Dist., Civil Action # CV 05-1147 S

Dear Mr. Shemwell:

      Enclosed please find an original and two (2) copies of the Stipulation of Dismissal with Prejudice, which we respectfully request you file in the above referenced matter. Please return one filed-stamped copy in the enclosed self-addressed envelope provided for your convenience.

      If you have any questions or concerns, please contact me.

      With kind regards, I am

                                           Very truly yours,

                                           Robert H. Shemwell, Jr.
                                           For the Firm

Enclosures
RHS/ks

M:\Users\LAD\ROBERTS\Midland Mortgage\clerk.0611.07.wpd